## BENEDETTI & LOWE
*Attorneys-at-Law*
**By: Nicholas M. Benedetti, Esquire**
1120 Route 73, Suite 403
Mount Laurel, New Jersey 08054
(856) 437-2385  Fax: (877) 364-6232
Attorneys for Defendants, Gwyneth M. Darrow and Anthony S. Darrow, Jr.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEWIS FEINMAN | : CIVIL ACTION |
| | : NO.: 1:13-CV-02602-NLH-AMD |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| GWYNETH M. DARROW and | : **CONSENT ORDER TO VACATE ANY** |
| ANTHONY S. DARROW, JR. | : **DEFAULT AND EXTEND TIME TO** |
| | : **FILE AN ANSWER AND/OR OTHERWISE** |
| Defendants | : **RESPONSIVE PLEADING** |

This matter being opened to the Court by Nicholas M. Benedetti, Esquire, of the law firm of Benedetti & Lowe, attorney for Defendants, Gwyneth M. Darrow and Anthony S. Darrow, Jr., and it appearing that Plaintiff's Attorney has consented hereto, and for good cause shown;

IT IS on this 25th day of June, 2013, **ORDERED** that the Default entered against Defendants, Gwyneth M. Darrow and Anthony S. Darrow, Jr., in the above-captioned matter, shall be and is hereby **VACATED** and **VOID** and these Defendants shall be permitted to file an Answer or otherwise plead within 20 days from the date of this Order.

_____
Hon. Ann Marie Donio, U.S. Magistrate Judge

*I hereby consent to the*
*form and entry of the within Order.*

/s/ *Lee S. Bender*
_____
Lee S. Bender, Esquire
Attorney for Plaintiff, Lewis Feinman